UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
      - v. -                      :         ORDER
                                  :
KENNETH WYNDER, Jr., and          :         S1 20 Cr. 470 (PKC)
ANDREW BROWN, a/k/a "Drew Brown," :
                                  :
             Defendants.          :
- - - - - - - - - - - - - - - - - x

      WHEREAS, an *ex parte* application has been made by the United States of America requesting an order of the Court directing the unsealing of the S1 Superseding Indictment in this case (the "S1 Indictment"); and

      WHEREAS, the Court finds that there no longer remains any reason for the S1 Indictment to remain sealed;

      IT IS HEREBY ORDERED that the S1 Indictment is unsealed.

SO ORDERED:

Dated:   New York, New York
         July 22, 2021

                                 *Katharine H. Parker*
                               KATHARINE H. PARKER
                               United States Magistrate Judge
                               Southern District of New York