UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA                          :
                                                  :
                                                  :       S1 20 Cr. 470 (PKC)
              v.                                  :
                                                  :       ~~PROPOSED~~ ORDER
ANDREW BROWN,                                     :
                                                  :
                          *Defendant.*             :
------------------------------------------------------------------X

      Pursuant to the discussion between the Court and the parties on the record during the July 29, 2021 conference in this case, it is hereby ordered that with respect to the bail condition requiring defendant Andrew Brown to hand in firearms that he owns to a police precinct in light of his arrest, he will be in satisfaction of that bail condition if he hands in those firearms for storage, during the pendency of his criminal case, to the certified Federal Firearms Licensee Rescuestuff, Inc., located at 962 Washington Street, Peekskill, NY 10566, provided that before or at the time he hands in the firearms, Mr. Brown informs Rescuestuff, Inc. *in writing* of this case, including the Court, docket number and the nature of the charges. *A copy of the written notice shall be provided to the government.*

Dated: July 29, 2021
      New York, New York

So Ordered: _____
The Hon. P. Kevin Castel
United States District Judge
Southern District of New York