# SPEARS & IMES LLP

51 Madison Avenue
New York, NY 10010
tel 212-213-6996
fax 212-213-0849

Reed M. Keefe
tel 212-897-4485
rkeefe@spearsimes.com

May 5, 2022

**BY ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

           Re:   *United States v. Kenneth Wynder and Andrew Brown*,
                 S1 20 Cr. 470 (PKC)

Dear Judge Castel:

We represent defendant Andrew Brown in the above-captioned matter. In connection with Mr. Brown's motions *in limine*, and pursuant to the Protective Order filed in this case (ECF 54, ¶ 4), we respectfully request permission to redact portions of the memorandum of law in support of the motions *in limine* that refer to evidence the Government has designated Confidential.

We are providing to Your Honor's Chambers, the Government, and counsel to co-defendant Kenneth Wynder copies of this letter and the unredacted memorandum of law.

Thank you for your consideration of this request.

Respectfully submitted,

Reed M. Keefe

*[Handwritten: Application GRANTED. SO ORDERED. USDJ 5-9-22]*