# SPEARS & IMES llp

51 Madison Avenue
New York, NY 10010
tel 212-213-6996
fax 212-213-0849

Reed M. Keefe
tel 212-897-4485
rkeefe@spearsimes.com

June 3, 2022

**BY ECF**

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
6-7-22

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Kenneth Wynder and Andrew Brown,*
       S1 20 Cr. 470 (PKC)

Dear Judge Castel:

We represent defendant Andrew Brown in the above-captioned matter. In connection with Mr. Brown's opposition to the Government's motions *in limine* ("Opposition"), filed today, and pursuant to the Protective Order filed in this case (ECF 54, ¶ 4), we respectfully request permission to: (1) file the exhibits to the Opposition, which contain documents designated Confidential by the Government, under seal; and (2) redact the portions of the Opposition that refer to those exhibits and to other evidence the Government has designated Confidential.

We are providing to Your Honor's Chambers, the Government, and counsel to co-defendant Kenneth Wynder copies of this letter and the unredacted Opposition and exhibits thereto.

Thank you for your consideration of this request.

Respectfully submitted,

Reed M. Keefe