UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                      20-cr-470 (PKC)

      -against-                                  ORDER

KENNETH WYNDER and ANDREW
BROWN,

                      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

       The government shall forthwith file with the Court a good faith estimate of (1) the quantity (by number or percentage) of the new production that had been previously produced and when that prior production was made, and (2) the length (in hours and minutes) of the recorded statements of either defendant and the subject matter of the statements.

       The case remains scheduled for trial for July 13, 2022, subject to any further Order of the Court.

       SO ORDERED.

                                                      P. Kevin Castel
                                                  United States District Judge

Dated:  New York, New York
           June 21, 2022