UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                        20-cr-470 (PKC)

         -against-                                                      ORDER

KENNETH WYNDER and
ANDREW BROWN,

                        Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The government trial team, the Chief of the Criminal Division or his designee, defense counsel and the defendants shall appear in Courtroom 11D at 2:00 PM on Thursday June 30, 2022.  At the conference the government is expected to be fully informed of the chronology of all document production that has occurred in the case.

        SO ORDERED.

                                                                           P. Kevin Castel
                                                               United States District Judge

Dated:   New York, New York
              June 28, 2022