**SPEARS & IMES** LLP

767 Third Avenue
New York, NY 10017
tel 212 213-6996

August 24, 2022

Application GRANTED.

**BY ECF**

SO ORDERED.

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dated: New York, NY
08/24/2022

P. Kevin Castel
United States District Judge

Re: *United States v. Kenneth Wynder and Andrew Brown*, 20 Cr. 470 (PKC)

Dear Judge Castel:

    I respectfully write on behalf of defendant Andrew Brown to request a temporary modification of the travel restrictions that are part of his bail conditions. I have conferred with the Government and Mr. Brown has consulted with his Pretrial Services Officer, and they consent to this request.

    Mr. Brown requests permission to travel for one day, August 25, 2022, to the Northern District of New York, in order to drop his son off at college.

    Thank you for your consideration of this request, and I apologize for sending it to the Court so shortly before the day of the proposed travel.

Respectfully submitted,

_____/s/_____
Max Nicholas
Attorney for Andrew Brown