# SPEARS & IMES llp

**By ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>U.S. v. Kenneth Wynder and Andrew Brown, 20 Cr. 470 (PKC)</u>

Dear Judge Castel:

I respectfully write to request that the travel restrictions that are part of Mr. Brown's bail conditions in this case be temporarily loosened to allow him to travel from New York to New Jersey for the day and night of September 17, 2022. The purpose of the requested trip to New Jersey is for Mr. Brown to attend a family gathering for his father's 80th birthday. Both the Government and Pretrial Services consent to this request.

Thank you for your consideration of this request.

Respectfully submitted,

_____/s/_____
Max Nicholas
Attorney for Andrew Brown

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

9-15-22