UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                          20 CR 470 (PKC)

        -against-                                                  ORDER

KENNETH WYNDER, JR. and
ANDREW BROWN,

                            Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The conference previously scheduled for October 12, 2022 is moved up to Thursday, October 6, 2022 at 11:00 a.m. in Courtroom 11D.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
           September 30, 2022