# SPEARS & IMES LLP

767 Third Avenue  
New York, NY 10017  
tel 212 213-6996  
fax 212 213-0849

Max Nicholas  
tel 212-213-1715  
mnicholas@spearsimes.com

December 9, 2022

*Application Granted.*

*So Ordered:* /s/ Hon. P. Kevin Castel, U.S.D.J.  
12-9-22

**BY ECF**

The Honorable P. Kevin Castel  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York  10007

Re:  *United States v. Andrew Brown*, S1 20 Cr. 470 (PKC)

Dear Judge Castel:

We respectfully write on behalf of Andrew Brown to request that the restrictions on his travel be modified to allow him to travel to the Northern District of New York tonight or tomorrow and to return the same day. The Court has previously ruled that Mr. Brown may make requests to travel to the Northern District of New York on a case-by-case basis. (ECF No. 60.)

We are making this request because Mr. Brown's son, who attends college in Cortland, New York, is unwell and has received permission to finish the remainder of his coursework for the semester from home. Mr. Brown would like to pick his son up from college and bring him home as soon as possible.

Both the Government and the Pretrial Services Officer supervising Mr. Brown have no objection to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/  
Max Nicholas  
Reed M. Keefe  
Attorneys for Andrew Brown

cc:   All Counsel via ECF