# SPEARS & IMES LLP

767 Third Avenue
New York, NY 10017
tel 212 213-6996
fax 212 213-0849

Reed M. Keefe
tel 212-897-4485
rkeefe@spearsimes.com

January 13, 2023

**BY ECF**

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
1-17-23

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Andrew Brown*, S1 20 Cr. 470 (PKC)

Dear Judge Castel:

OK   [We respectfully write on behalf of Andrew Brown to request that the restrictions on his travel be modified to allow him to travel to the Northern District of New York on January 20 or 21 and to return the same day.] The Court has previously ruled that Mr. Brown may make requests to travel to the Northern District of New York on a case-by-case basis. (ECF No. 60.)

We make this request because Mr. Brown would like to drive his son back to college in Cortland, New York for the start of his son's next school term. The Government has no objection to this request, provided that Pretrial Services does not object. The Pretrial Services Officer supervising Mr. Brown also has no objection, provided Mr. Brown supplies her with an itinerary prior to travel.

Thank you for your consideration of this request.

Respectfully submitted,

*/s Reed M. Keefe*

Max Nicholas
Reed M. Keefe
Attorneys for Andrew Brown

cc:   All Counsel via ECF