# SPEARS & IMES LLP

767 Third Avenue  
New York, NY 10017  
tel  212 213-6996  
fax 212 213-0849

Reed M. Keefe  
tel 212-897-4485  
rkeefe@spearsimes.com

DE 181 is terminated.  
SO ORDERED.  
2/28/2023

*/s/ P. Kevin Castel*  
P. Kevin Castel  
United States District Judge

February 27, 2023

**BY ECF**

The Honorable P. Kevin Castel  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York  10007

      Re:    *United States v. Andrew Brown*, S1 20 Cr. 470 (PKC)

Dear Judge Castel:

    I respectfully write in advance of trial in the above-captioned case to ask that the Court permit me to bring two telephones (an iPhone and a BlackBerry) and a laptop to Court beginning on March 3, 2023, when counsel for the parties have scheduled time to review the courtroom technology, through the duration of trial, which is likely to conclude on or about March 17, 2023. I have attached as Exhibit A the Court's form for permission to bring personal electronic devices to Court.

Respectfully submitted,

/s/  
Reed M. Keefe  
Attorney for Andrew Brown

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

United States v. Brown, 20-cr-470 (PKC)                                                                                      .

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Reed Keefe | rkeefe@spearsimes.com | iPhone; BlackBerry; Laptop | Judge Castel, 11D | |
| | | | | |
| | | | | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: July 1, 2019.