# SPEARS & IMES LLP

767 Third Avenue
New York, NY 10017
tel  212 213-6996
fax 212 213-0849

Reed M. Keefe
tel 212-897-4485
rkeefe@spearsimes.com

May 9, 2023

**BY ECF**

Application Granted.

So Ordered: /s/ P. Kevin Castel
Hon. P. Kevin Castel, U.S.D.J.
5-9-23

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

      Re:    *United States v. Andrew Brown*, S1 20 Cr. 470 (PKC)

Dear Judge Castel:

    We respectfully write on behalf of Andrew Brown to request that the restrictions on his travel be modified to allow him to travel to the Northern District of New York on Friday, May 12 and to return the same day. The Court has previously ruled that Mr. Brown may make requests to travel to the Northern District of New York on a case-by-case basis. (ECF No. 60.)

    We make this request because Mr. Brown would like to pick his son up from college in Cortland, New York at the end of his son's school term. The Pretrial Services Officer supervising Mr. Brown has no objection to this request, as long as Mr. Brown provides his travel itinerary. The Government also does not object.

    Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          */s Reed M. Keefe*

                                          Max Nicholas
                                          Reed M. Keefe
                                          Attorneys for Andrew Brown

cc:    All Counsel via ECF