**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2023

**By ECF**

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: ***United States v. Kenneth Wynder, Jr., and Andrew Brown*, 20 Cr. 470 (PKC)**

Dear Judge Castel:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

6-6-23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Andrew Rohrbach
Andrew Rohrbach
Assistant United States Attorney
(212) 637-2345

cc: George R. Goltzer, Esq.
Ying Stafford, Esq.
Max Nicholas, Esq.
Reed Keefe, Esq.