

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 20, 2023

**By CM/ECF**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED.
SO ORDERED.
Dated: 8/21/2023

_/s/ P. Kevin Castel_
P. Kevin Castel
United States District Judge

Re: *United States v. Andrew Brown*, 20 Cr. 470 (PKC)

Dear Judge Castel:

The Government writes to respectfully request a one-week adjournment of the deadline for the Probation Office to prepare and circulate the second draft of the Presentence Investigation Report ("PSR") for defendant Andrew Brown in the above-referenced matter. Counsel for the defendant consents to this request. The second draft of the PSR is currently due August 21, 2023.

The first draft of the PSR for the defendant was circulated to the parties on July 24, 2023. On August 7, 2023, the defendant submitted a letter to the Probation Office with a list of several objections to the draft PSR; however, the Government did not receive the defendant's objections until August 18, 2023, one business day before the deadline for the second draft of the PSR on August 21, 2023. The Government would like the opportunity to respond to the defendant's objections so that the Probation Office may consider the Government's views in preparing the second draft of the PSR. Accordingly, the Government seeks a one-week adjournment of the deadline for the second draft of the PSR from August 21, 2023, to August 28, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/
Eli J. Mark
Kedar S. Bhatia
Assistant United States Attorneys
(212) 637-2431/2465

Cc: Defense Counsel (by CM/ECF)