**SPEARS & IMES** LLP

767 Third Avenue
New York, NY 10017
tel  212 213-6996
fax 212 213-0849

Max Nicholas
tel 212 213 1715
mnicholas@spearsimes.com

> Andrew Brown's sentencing is adjourned from October 18, 2023 to November 15, 2023 at 11:00 a.m. in Courtroom 11D.
> SO ORDERED.
> Dated:  September 21, 2023
>
> _P. Kevin Castel_
> P. Kevin Castel
> United States District Judge

September 21, 2023

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Kenneth Wynder and Andrew Brown*, 20 Cr. 470 (PKC)

Dear Judge Castel:

Defendant Andrew Brown's sentencing in the above-captioned case is scheduled for October 18, 2023 at 11:00 a.m.  I respectfully write, with the Government's consent, to request a very brief adjournment of the sentencing until either 3:00 p.m. (or later) that same day, or any morning or afternoon in the following two weeks other than October 25. The reason for my request is that I have had a personal conflict arise on the morning of October 18 that I must attend to and am not able to move.  I am not requesting an adjournment of the deadline for Mr. Brown's sentencing submission, which is October 4.

I thank the Court for considering this request.

Respectfully submitted,

____/s/_____

SPEARS & IMES LLP
Max Nicholas
212-213-1715
mnicholas@spearsimes.com