

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2023

**BY CM/ECF**
The Hon. P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   *United States v. Kenneth Wynder, Jr., and Andrew Brown*, 20 Cr. 470 (PKC)

Dear Judge Castel:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/ Kedar S. Bhatia
Kedar S. Bhatia
Assistant United States Attorney
212-637-2465

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

9-22-23