# SPEARS & IMES LLP

767 Third Avenue
New York, NY 10017
tel  212 213-6996
fax 212 213-0849

Reed M. Keefe
tel 212-897-4485
rkeefe@spearsimes.com

November 22, 2023

**BY ECF**

Application granted.
SO ORDERED.
Dated: 11/27/2023

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:     *United States v. Andrew Brown*, S1 20 Cr. 470 (PKC)

Dear Judge Castel:

    We respectfully write on behalf of Andrew Brown to request that the restrictions on his travel be modified to allow him to travel to the Northern District of New York on Tuesday, November 28 or Wednesday, November 29 and to return on the same day.  We make this request because Mr. Brown would like to drive his back to college in Cortland, New York following his son's Thanksgiving break.  The Court has previously ruled that Mr. Brown may make requests to travel to the Northern District of New York on a case-by-case basis.  (ECF No. 60.)

    The Government has no objection to this request, provided that Pretrial Services has no objection.  We have contacted Pretrial Services but have not yet heard back from the Officer supervising Mr. Brown.  We are filing this letter now so that the Court receives it in a timely fashion but will supplement it with Pretrial Services' position as soon as we obtain it.

    Thank you for your consideration of this request.

Respectfully submitted,

*/s Reed M. Keefe*

Max Nicholas
Reed M. Keefe
Attorneys for Andrew Brown

cc:     All Counsel via ECF