# SPEARS & IMES LLP

767 Third Avenue  
New York, NY 10017  
tel  212 213-6996  
fax 212 213-0849

Reed M. Keefe  
tel 212 897-4485  
rkeefe@spearsimes.com

December 12, 2023

Application GRANTED.  
SO ORDERED.  
Dated: 12/13/2023

*P. Kevin Castel*  
P. Kevin Castel  
United States District Judge

**BY ECF**

The Honorable P. Kevin Castel  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York  10007

Re:    *United States v. Andrew Brown*, S1 20 Cr. 470 (PKC)

Dear Judge Castel:

[ We respectfully write on behalf of Andrew Brown to request that the restrictions on his travel be modified to allow him to travel to the Northern District of New York on December 15, 2023 and to return on the same day.] We make this request because Mr. Brown would like to pick up his son from college in Cortland, New York ahead of his son's holiday break.

Both the Government and the Pretrial Services Officer supervising Mr. Brown have no objection to this request.

Thank you for your consideration of this request.

Respectfully submitted,

*/s Reed M. Keefe*

Max Nicholas  
Reed M. Keefe  
Attorneys for Andrew Brown

cc:    All Counsel via ECF