UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                            20 CR 470 (PKC)

       -against-                                       ORDER

KENNETH WYNDER, JR. and
ANDREW BROWN,

                              Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The TIME for the sentencings of Mr. Wynder and Mr. Brown previously scheduled for January 17, 2024 at 11:00 a.m. is moved to 11:45 a.m.

        SO ORDERED.

                                                    P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
          January 5, 2024