

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

April 29, 2024

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>**United States v. Andrew Brown, 20 Cr. 470 (PKC)**</u>

Dear Judge Castel:

      I respectfully write in response to the Court's Order dated April 24, 2024 regarding any correspondence between the Bureau of Prisons ("BOP") and either my firm, the Morvillo Abramowitz firm, or another party acting on behalf of defendant Andrew Brown regarding the facility to which Mr. Brown will be designated to serve his sentence in this case.

      My firm has not received any correspondence from BOP relating to Mr. Brown's designation, and having spoken with Morvillo Abramowitz, I understand that neither they nor Mr. Brown have received any such correspondence either. On April 24, following the Court's Order, I emailed a BOP attorney who I have found to be responsive as a general matter on other cases, and inquired about Mr. Brown's designation and the anticipated timing of such. I have provided a copy of that email to the Court's Chambers via the Chambers email address. I have not received a response to the email.

      Also on April 24, I visited the "Designations" page of the BOP's website, at https://www.bop.gov/inmates/custody_and_care/designations.jsp. The bottom of that page states, "If you have any questions please email us," with a link for the email. I clicked



on the link in order to send an email about Mr. Brown's designation, and received the following message: "Email address GRA-DSC/PolicyCorrespondence is not valid."

Respectfully submitted,

/s/ *Max Nicholas*

_____
Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com