

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

maxnicholasllc.com

**BY ECF**

Application GRANTED. No further extension. If no facility is designated, then surrender to the U.S. Marshal for the Southern District of New York on or before 2 p.m. on June 7, 2024. SO ORDERED.
Dated: 5/3/2024

April 17, 2024

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

## United States v. Andrew Brown, 20 Cr. 470 (PKC)

Dear Judge Castel:

    I respectfully write to request that the Court extend Mr. Brown's surrender date in the above-captioned case by approximately one month.  On January 17, 2024, this Court sentenced Mr. Brown, in relevant part, to a term of imprisonment of 18 months, and set a surrender date of May 7, 2024.  However, the Bureau of Prisons has not yet designated Mr. Brown to the facility where he will serve his sentence.  I respectfully ask that the Court adjourn Mr. Brown's sentencing date until approximately June 7, 2024 to allow more time for the Bureau of Prisons to provide his designation.

    Counsel for Mr. Brown who is handling his appeal in this case – the law firm Morvillo Abramowitz – has conferred with the Government about this request, and the Government consents on the basis that Mr. Brown has not yet received his designation. It is also my understanding that Mr. Brown's appellate counsel plans shortly to file a motion in the Second Circuit for bail pending appeal, and that an extension of Mr. Brown's surrender date would provide the appellate court with time to decide that motion prior to Mr. Brown's surrender.

Respectfully submitted,

/s/ *Max Nicholas*
_____

Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com